FILED by KS D.C.

Jun 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-60173-CR-RUIZ/STRAUSS**

18 U.S.C. § 1349
18 U.S.C. § 1343

UNITED STATES OF AMERICA

vs.

MATTHEW SHACKELL,

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Commit Wire Fraud – 18 U.S.C. § 1349)

1. From on or about June 30, 2017, through on or about July 14, 2017, in Broward County in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW SHACKELL,**

did knowingly and willfully, combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to knowingly, and with the intent to defraud, devise and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

**OBJECT OF THE CONSPIRACY**

2. It was the object of the conspiracy for defendant MATTHEW SHACKELL and his co-conspirators to unjustly enrich themselves by calling individuals, falsely telling them that they owed money to the Internal Revenue Service ("the IRS") and directing these individuals to make payments for these false IRS debts and fees to bank accounts controlled by defendant MATTHEW SHACKELL.

**MANNER AND MEANS**

The manner and means by which defendant MATTHEW SHACKELL and his co-conspirators sought to accomplish the object of the conspiracy included, among others, the following:

3. Defendant MATTHEW SHACKELL had a bank account ending in 8874 at Wells Fargo Bank, N.A. ("Wells Fargo"), which he opened in 2015.

4. Defendant SHACKELL had a second bank account ending in 4334 at TD Bank, which he opened on June 30, 2017.

5. Sometime in or about June or July 2017, a co-conspirator falsely posing as an IRS employee contacted victim P.A. on the telephone and falsely told her that there was a warrant for her arrest for unpaid federal taxes. P.A. was also told if she did not pay these alleged taxes, she would be arrested.

6. On July 3, 2017, at the direction of a co-conspirator, P.A. deposited $8,900 into defendant MATTHEW SHACKELL's Wells Fargo Bank account ending in 8874. On July 3, 2017, defendant MATTHEW SHACKELL withdrew $8,400 from this account.

7. In July, 2017, a co-conspirator falsely posing as an IRS employee, who referred to herself as "Trudie Thompson," contacted victim M.M. on the telephone and falsely told him that

2

he had outstanding federal income tax liability, and threatened M.M. with arrest for failure to pay. A person who claimed to be a U.S. Marshal also contacted M.M on the telephone. They told M.M. not to discuss this matter with anyone.

8. On July 6, 2017, at the direction of "Trudie Thompson," M.M. went to a Wells Fargo branch in New Haven, Connecticut, and made two separate cash deposits totaling $7,800 into defendant MATTHEW SHACKELL's Wells Fargo account ending in 8874. On July 6, 2017, after receiving the $7,800 cash deposit, defendant MATTHEW SHACKELL withdrew $7,500 from this account.

9. In July 2017, a co-conspirator falsely posing as an IRS employee, contacted victim R.R. on the telephone and falsely told him that there was a warrant for his arrest for unpaid federal taxes. R.R. was advised that if he did not make immediate payment of the taxes owed, he would be arrested.

10. On July 10, 2017, at the direction of a co-conspirator, R.R. deposited $6,700 into defendant MATTHEW SHACKELL's Wells Fargo Bank account ending in 8874. On July 11, 2017, defendant MATTHEW SHACKELL withdrew $6,600 from this account.

11. In July 2017, a co-conspirator falsely posing as an IRS employee, who referred to himself as "Officer Oscar White," contacted victim D.T. on the telephone and advised D.T. that she had defaulted on payments of $4,376 to the Internal Revenue Service. "Officer White" instructed D.T. that if she did not pay the money owed she would be arrested.

12. On July 14, 2017, at the direction of "Officer White," D.T. deposited $8,900 into defendant MATTHEW SHACKELL's TD Bank account ending in 4334. On July 14, 2017, defendant MATTHEW SHACKELL withdrew $8,800 from this account.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-5
(Wire Fraud - 18 U.S.C. § 1343)

13. From on or about June 30, 2017, through on or about July 14, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW SHACKELL,**

did knowingly and with intent to defraud, devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions of material facts and for the purpose of executing such scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain writings, signs, signals, pictures and sounds.

### OBJECT OF THE SCHEME AND ARTIFICE

14. It was the object of the scheme and artifice for defendant MATTHEW SHACKELL and his co-conspirators to unjustly enrich themselves by calling individuals, falsely telling them that they owed money to the IRS and directing these individuals to make payments for these false IRS debts and fees to bank accounts controlled by defendant MATTHEW SHACKELL.

### THE MANNER AND MEANS OF THE SCHEME AND ARTIFICE

15. Paragraphs 3 through 12 of the Manner and Means Section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as the description of the scheme and artifice.

### USE OF THE WIRES

16. On or about the dates indicated below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

4

MATTHEW SHACKELL,

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property, did knowingly transmit and cause to be transmitted in interstate commerce, certain writings, signs, signals, pictures and sounds by means of wire communication, as more particularly described below:

| Count | Approximate Date | Description of Wire Communication |
|---|---|---|
| 2 | 07/03/17 | Electronic transmission of routing information from defendant SHACKELL's withdrawal of $8,400 from his Wells Fargo bank account in Florida. |
| 3 | 07/06/17 | Electronic transmission of routing information from defendant SHACKELL's withdrawal of $7,500 from his Wells Fargo bank account in Florida. |
| 4 | 07/10/17 | Electronic transmission of routing information from defendant SHACKELL's withdrawal of $6,600 from his Wells Fargo bank account in Florida. |
| 5 | 07/14/17 | Electronic transmission of routing information from defendant SHACKELL's withdrawal of $8,800 from his TD Bank account in Florida. |

In violation of Title 18, United States Code, Sections 1343 and 2.

A TRUE BILL

_____
FOREPERSON

/s/ Thomas J. Mulvihill for
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

/s/ Laurence M. Bardfeld
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MATTHEW SHACKELL

_____Defendant_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)           Yes ____ No ____
Number of new defendants   ____
Total number of counts     ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days        [✓]         Petty       ____
   II   6 to 10 days       ____        Minor       ____
   III  11 to 20 days      ____        Misdem.     ____
   IV   21 to 60 days      ____        Felony      [✓]
   V    61 days and over   ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____ No [✓]

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____ No [✓]

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ✓ No ____

_____
LAURENCE BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0712450

*Penalty Sheet(s) attached                                                    REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MATTHEW SHACKELL**          Case No: _____

Count: 1

Conspiracy to commit wire fraud

18 U.S.C. § 1349

*Max. Penalty: Twenty (20) years' imprisonment, three (3) years' supervised release, $250,000 fine

Count: 2-5

Wire fraud

18 U.S.C. § 1343

*Max. Penalty: Twenty (20) years' imprisonment, three (3) years' supervised release, $250,000 fine

Count:

*Max. Penalty:

Count:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.